UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **EARNEST HOBLEY, III.** | **CIVIL ACTION NO. 25-335-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **HENRY WHITEHORN** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 8] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 2nd day of September 2025.

_____
**CHIEF JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**